4

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

ROBERT BERNARD GIGGIE,

            Defendant.

_____/

Case:2:19-cr-20429
Judge: Lawson, David M.
MJ: Grand, David R.
Filed: 06-26-2019 At 02:11 PM
INFO USA V. GIGGIE (kb)

**VIOLATION:**
18 U.S.C. § 922(o)

## INFORMATION

The United States Attorney charges that:

## COUNT ONE
(18 U.S.C. § 922(o) – *Illegal Possession of a Machine Gun*)

On or about September 30, 2018, in the Eastern District of Michigan, the defendant, ROBERT BERNARD GIGGIE, did knowingly possess a machinegun, that is, a .223 Remington caliber/5.56x45mm Bushmaster rifle, Model M17S, capable of operating as a fully automatic rifle, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

# FORFEITURE ALLEGATION

The allegations of Count One of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of certain property in which the Defendant has an interest, pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved or used in the knowing commission of the offense.

The property that is subject to forfeiture includes, but is not limited to, the following: one .223 Remington caliber/5.56x45mm Bushmaster rifle, Model M17S.

All pursuant to Title 18, United States Code, Section 924(d)(1), as made applicable by Title 28, United States Code, Section 2461(c).

MATTHEW SCHNEIDER
United States Attorney


_____
Benjamin C. Coats
Assistant United States Attorney

_____
Cathleen M. Corken
Chief, National Security Unit

Date: 6/26/2019

3

| | | |
|---|---|---|
| **United States District Court**<br>**Eastern District of Michigan** | **Criminal Case Cover** | Case:2:19-cr-20429<br>Judge: Lawson, David M.<br>MJ: Grand, David R.<br>Filed: 06-26-2019 At 02:11 PM<br>INFO USA V. GIGGIE (kb) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete ⸻⸻ ⸻ ⸻ ⸻⸻⸻ ⸻ all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes     ☒ No | AUSA's Initials:  BCC |

**Case Title:** USA v.  Robert Bernard Giggie

**County where offense occurred :**  Oakland County

**Check One:**     ☒ Felony          ☐ Misdemeanor          ☐ Petty

\_\_\_\_Indictment/\_\_\_\_Information --- **no** prior complaint.
\_\_\_\_Indictment/ ✓ Information --- based upon prior complaint [**Case number:** 18-mj-30516                    ]
\_\_\_\_Indictment/\_\_\_\_Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

June 26, 2019
Date

Benjamin C. Coats
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9734
Fax:    (313) 226-4678
E-Mail address: Benjamin.Coats@usdoj.gov
Attorney Bar #:

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.