

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Robert Bernard Giggie

    Defendant.

Case: 2:19-cr-20429
Judge: Lawson, David M.

## WAIVER OF INDICTMENT

I, Robert Bernard Giggie, the defendant in this case, understand that I am being charged with the following felony: 18 U.S.C. § 922(o)  I have been informed and understand that any person charged with a federal felony offense has the right to insist that the case proceed by way of an indictment returned by a grand jury. Understanding this, and pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure, I hereby waive any right to prosecution by indictment and consent that the prosecution may be brought by information instead of by indictment.

FILED
JUN 28 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

_____
Robert Bernard Giggie
Defendant

_____
John Freeman
Attorney for Defendant

Dated: 6/28/19