UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Robert Bernard Giggie,

    Defendant.

Case:2:19-cr-20429
Judge: Lawson, David M.

---

### DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

---

I, Robert Bernard Giggie, defendant in this case, hereby acknowledge that I have received a copy of the **Information** before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1: 10 Years imprisonment and/or $250,000 fine.

FILED
JUN 28 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

_____
Robert Bernard Giggie
Defendant

### ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial

motions to be filed within twenty (20) days of arraignment.

                                                                                            /s/ John Freeman  
                                                                                            John Freeman  
                                                                                            Counsel for Defendant

Dated: 6/28/19