UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                                                        Case No. 2:19−cr−20429−DML−DRG
                                                                     Hon. David M. Lawson

Robert Bernard Giggie,

                Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Robert Bernard Giggie

The defendant(s) shall appear before District Judge David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- SENTENCING:  November 12, 2019 at 04:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                             By: s/S. Pinkowski
                                                                                 Case Manager

Dated:  August 14, 2019